### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

LAZARO DAVID MUNOZ SOTO,

    Petitioner,

    v.

KEVIN RAYCRAFT, et al.,

    Respondents.

Case No. 1:26-CV-509

Judge Michael R. Barrett

**ORDER**

This matter is before the Court on Respondents' notice of compliance of June 8, 2026. (Doc. 13). The record now reflects that Petitioner Lazaro David Munoz Soto was released from custody, pursuant to the Court's grant of habeas corpus relief. (Doc. 12).

Accordingly, Respondents' obligations are **DISCHARGED**, and this matter is **CLOSED**.[1]

    **IT IS SO ORDERED.**

                */s/ Michael R. Barrett*
                Michael R. Barrett
                United States District Judge

---

[1] The Court will retain jurisdiction to enforce its grant of relief and adjudicate any collateral issues, including timely fee petitions under the Equal Access to Justice Act, 28 U.S.C. § 2412. *See, e.g., Cooter & Gell v. Hartmax Corp.*, 496 U.S. 384, 395 (1990).